UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62040-CIV-DIMITROULEAS/SNOW

TEC SERV, LLC, a Florida Limited Liability
Company, and JOHN R. TOSCANO, INC., a
Florida corporation,

    Plaintiffs,

vs.

MICHAEL ALAN CRABB, individually, and A
DESIGN AT SUNNINGHILL, INC., a Florida
corporation,

    Defendants.
_____

MICHAEL ALAN CRABB,

    Counterplaintiff,

vs.

TEC SERV, LLC, and
JOHN R. TOSCANO, INC.

    Counterdefendants,

&

JOHN TOSCANO and MARILYN TOSCANO,

    Third Party Defendants.
_____/

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL**

    THIS CAUSE is before the Court on the Joint Motion for Continuance of Trial and

Compliance with Certain Aspects of Order Sustaining Objections to Magistrate Judge's Order

[DE 173], filed January 18, 2013.  The Court has carefully considered the Motion, notes that it is jointly filed, and is otherwise fully advised in the premises.

In order to conduct discovery this Court has permitted, Plaintiffs state that they need an additional ninety (90) days.  Defendants state that thirty (30) to forty-five (45) days should be sufficient.  The Court believes that sixty (60) days is appropriate.

Accordingly, it is **ORDERED AND ADJUDGED** that Joint Motion for Continuance of Trial and Compliance with Certain Aspects of Order Sustaining Objections to Magistrate Judge's Order [DE 173] is **GRANTED**.  All deadlines in this case are extended for sixty (60) days, except for the deadline to file the proposed confidentiality order regarding the new discovery, which remains the same.  Calendar call is reset for Friday, March 29, 2013 at 10:00 a.m.  Trial is reset for the two-week calendar period commencing April 1, 2013.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of January, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record