UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 11-CV-62040-DIMITROULEAS/SNOW**

TEC SERV, LLC, a Florida Limited
Liability Company, and JOHN R.
TOSCANO, INC., a Florida corporation,

        Plaintiffs,

v.

MICHAEL ALAN CRABB, individually,
and A DESIGN AT SUNNINGHILL, INC,
a Florida corporation,

        Defendants

_____ /

**UNOPPOSED MOTION FOR SHORT CONTINUANCE
OF HEARING DATE AND SHORT CONTINUANCE OF TRIAL SETTING**

    Michael Alan Crabb and A Design at Sunninghill, Inc., (together, "Mr. Crabb"), by undersigned counsel and pursuant to Local Rule 7.1, S.D. Fla., hereby move for a short continuance of the hearing set for March 22, 2013, as set forth in the Court's March 11, 2013, Order (DE #183) concerning the Motion for Sanctions filed by TEC Serv, LLC, John R. Toscano, Inc., and John and Marilyn Toscano (collectively, the "TEC Serv") (DE #181), and a correspondingly short continuance of the trial setting, as set forth below:

    1.    Mr. Crabb is requesting this continuance for the following reasons, which Mr. Crabb respectfully submits constitute good cause for the requested continuance.

    2.    First, Mr. Crabb is out of state working on other business the entire week of March 18, 2013, and is not scheduled to return to Florida until Sunday, March 24, 2013. Mr. Crabb's attendance at the hearing on the Motion for Sanctions is critical.

    3.    Second, Mr. Crabb's lead counsel, Mr. Gutchess, has a previously planned family vacation. It is the start of spring break and Mr. Gutchess and his family have a flight reserved

for the morning of Friday, March 22, 2013. Throughout this entire litigation, Mr. Gutchess has been the lawyer most intimately involved in any issues relating to the retention and production of computer files, and was also the lawyer most intimately involved in responding to the Motion for Sanctions. Mr. Crabb will be prejudiced if one of his other lawyers is now required to handle the hearing on the Motion for Sanctions.

4. Pursuant to Local Rule 7.1(a)(3), Mr. Crabb's counsel has conferred with TEC Serv's counsel about the relief requested in this Motion. TEC Serv's counsel consents to the continuance only on the condition that (1) the hearing is rescheduled to a date not before April 4, 2013 (so that it does not interfere with their previous commitments) and (2) the trial date also is continued to a date not before the later of (i) April 22, 2013 or (ii) a date at least 10 days after the hearing, such that the hearing may be had in sufficient time before the trial.

WHEREFORE, Mr. Crabb respectfully requests that this Court enter an Order granting this Motion and re-setting the hearing and trial dates to a later date in accordance with the proposal set forth in paragraph 4.

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Attorneys for the Defendants*
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: /s/ *Jeffrey W. Gutchess*
**JEFFREY W. GUTCHESS**
Florida Bar No. 702641
jgutchess@bilzin.com

**MONTERO WOLKOV LLP**
*Co-counsel for the Defendants*
Four Seasons Tower

       1441 Brickell Avenue, 15th Floor
       Miami, Florida 33131
       Telephone: (305) 297-1878
       Facsimile: (888) 788-2341

By: */s/ Benjamin Wolkov*_____
  **BENJAMIN WOLKOV**
  Florida Bar No. 466379
  bwolkov@monterowolkov.com


  **MURAI, WALD, BIONDO**
  **& MORENO, P.A.**
  Co-Counsel for Defendants
  1200 Ponce de Leon Boulevard
  Coral Gables, FL 33134
  Tel: (305) 444-0101
  Fax: (305) 444-0174


By*:* */s/ Allen P. Pegg*_____.
  **ALLEN P. PEGG**
  Florida Bar No. 597821
  apegg@mwbm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on March 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel for Plaintiffs via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/  *Jeff Gutchess*  .

MIAMI 3595176.3 79861/40510