**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 11-62040-CIV-DIMITROULEAS/SNOW**

TEC SERV, LLC, a Florida limited liability company; and
JOHN R. TOSCANO, INC., a Florida corporation,

   Plaintiffs,

vs.

MICHAEL ALAN CRABB, individually; and A DESIGN
AT SUNNINGHILL, INC., a Florida corporation,

   Defendants.
_____/
MICHAEL ALAN CRABB,

   Counter-Plaintiff,

vs.

TEC SERV, LLC, and JOHN R. TOSCANO, INC.,

   Counter-Defendants,

JOHN TOSCANO, and MARILYN TOSCANO,

   Third-Party Defendants.
_____/

**JOINT MOTION FOR ENLARGEMENT OF TIME**
**FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW**

  Plaintiffs and counterclaim-defendants TEC Serv, LLC ("TEC Serv") and John R. Toscano, Inc. ("JRTI"), and third party defendants John R. Toscano and Marilyn Toscano (together, the "Toscanos"; TEC Serv, JRTI and the Toscanos are referred to as "Plaintiffs"), joined by the Defendants, Michael Alan Crabb ("Crabb") and A Design At Sunninghill, Inc. ("A Design") (Crabb and A Design are collectively referred to as the "Defendants"), by and through their undersigned counsel file, hereby file this Joint Motion For Enlargement of Time To File Findings of Fact and Conclusions of Law, and state:

1.      Pursuant to the Order Setting Trial Date & Discovery Deadlines [Doc. 85], and the Order Granting Joint Motion To Continue Trial [Doc. 174], the Parties' Findings of Fact and Conclusions of Law ("Findings/Conclusions") were due to be filed on March 25, 2013.

2.      At the evidentiary hearing conducted by the Court on March 22, 2013 on the Plaintiffs' Motion For Sanctions, the Court granted the Defendants' *ore tenus* request that the Parties have until March 27, 2013 to file their respective Findings/Conclusions.

3.      The parties have been working diligently to meet all of their pre-trial obligations, including, *inter alia*, the Pre-Trial Stipulation being filed on March 25, 2013, while also prosecuting and defending the aforementioned Motion For Sanctions.

4.      Additionally, the Plaintiffs have been, and continue to, attempt to analyze the issues in connection with the Asus Laptop Computer and the USB Hard Drive (the "Computers"), which were made available pursuant to this Court's Order permitting the inspection of the Computers.

5.      Furthermore, the parties have one, final deposition – Mr. Morris Berger, the Plaintiffs' damages expert – that is being conducted on March 25, 2013.

6.      While it was anticipated that the Parties would be able to complete and file the Findings/Conclusions by March 27, 2013, the extensive work conducted in the matter over the past few months, coupled with the previously disclosed personal and work conflicts of Counsel for the Parties, has left the Parties needing another brief enlargement of time to do so.

7.      Pursuant to Local Rule 7.1, Counsel for the Parties discussed this issue and the need for additional time to file the Findings/Conclusions, and have agreed that an enlargement of time through April 1, 2013 would be appropriate to permit their obligations to be met.

8.      Accordingly, the Parties jointly request an Order affording the Parties until April 1, 2013 to file their respective Findings/Conclusions.

AKERMAN SENTERFITT, 2424 NORTH FEDERAL HIGHWAY, SUITE 410, BOCA RATON, FL  33431

9.      This Joint Motion is filed in good faith and not for purposes of delay, and no Party's interests will be harmed by a grant of the requested extensions.

**WHEREFORE**, the Parties respectfully request an Order granting the Parties until April 1, 2013 to file the Findings/Conclusions.

Respectfully submitted,

AKERMAN SENTERFITT

By:    _s/Daniel B. Rosenthal_
　　　Kevin P. Mason, Esq.
　　　Florida Bar No. 344915
　　　kevin.mason@akerman.com
　　　Daniel B. Rosenthal, Esq.
　　　Florida Bar No. 711934
　　　daniel.rosenthal@akerman.com
　　　2424 North Federal Highway, Suite 410
　　　Boca Raton, Florida 33431
　　　Telephone:  561.862.4018
　　　Facsimile:   561.368.4668

*Attorneys for the Plaintiffs, Counterclaim Defendants and Third Party Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 25, 2013, on all counsel or parties of record on the service list below.

*/s/  Daniel B. Rosenthal, Esq.*
Kevin P. Mason, Esq.
Fla. Bar No. 344915
Daniel Rosenthal, Esq.
Fla. Bar No. 711934

## <u>SERVICE LIST</u>

Jeffrey W. Gutchess, Esq.
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Ave
23rd Floor
Miami, Florida 33131
Telephone: 305.350.7311
Facsimile: 305.351.2131
Email:  jgutchess@bilzin.com

Allen P. Pegg, Esq.
Murai, Wald, Biondo & Moreno, P.A.
1200 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone:  305.444.0101
Facsimile:  305.444.0174
Email:  apegg@mwmb.com

Benjamin Wolkov, Esq.
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Telephone:  305.517.3968
Facsimile:  888.788.2341
Email:  BWolkov@monterowolkov.com