UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-62040-CIV-DIMITROULEAS/SNOW

TEC SERV, LLC, a Florida limited liability company; and
JOHN R. TOSCANO, INC., a Florida corporation,

       Plaintiffs,

vs.

MICHAEL ALAN CRABB, individually; and A DESIGN
AT SUNNINGHILL, INC., a Florida corporation,

       Defendants.
_____/
MICHAEL ALAN CRABB,

       Counter-Plaintiff,

vs.

TEC SERV, LLC, and JOHN R. TOSCANO, INC.,

       Counter-Defendants,

JOHN TOSCANO, and MARILYN TOSCANO,

       Third-Party Defendants.
_____/

## MOTION TO PERMIT ELECTRONIC EQUIPMENT BY PLAINTIFFS

Plaintiffs and counterclaim-defendants TEC Serv, LLC ("TEC Serv") and John R. Toscano, Inc. ("JRTI"), and third party defendants John R. Toscano and Marilyn Toscano (together, the "Toscanos"; TEC Serv, JRTI and the Toscanos are referred to as "Plaintiffs"), joined by the Defendants, Michael Alan Crabb ("Crabb"), by and through their undersigned counsel file, hereby file this Joint Motion For Enlargement of Time To File Findings of Fact and Conclusions of Law, and state:

{26061251;2}

1.      Except as carried by a licensed attorney, and unless authorized by a Court Order, the Southern District of Florida does not allow electronic devices such as cell phones, Blackberry devices, or computer equipment to enter the Courthouse.

2.      The bench trial in this matter has been scheduled to commence April 3, 2013 at 9:00 a.m.  As discussed with the Court at the evidentiary hearing conducted March 22, 2013 on the Plaintiffs' Motion For Sanctions, the Plaintiffs will be utilizing technology in assisting in the presentation of the evidence.  That presentation will be accomplished through the use of certain devices, computers and monitors to be set up and operated by TrialGraphix.

3.      The Plaintiffs request permission for TrialGraphix to bring into the courthouse starting April 2, 2013 the following electronic equipment:

**Description of Equipment**:

Laptop computer system, 17" flat panel monitors, distribution amp, switching device, document camera (ELMO), video and audio cables, power strips, extension cords, and gaffer's tape.

**List of Equipment**:

(1) High Resolution Projector

(1) Large Projection Screen

(1) Digital Visual Presenter (ELMO)

(4) 17" Flat Panel Monitors

(1) 4-Way Switching Device

(1) 6-Way Distribution Amp

(1) Audio System

(2) Laptop Computers w/ mouse

(1) External Hard Drive

Cabling, power strips, etc...

4. The requested electronic equipment will be appropriately utilized and will not interfere with the efficient operation of the trial.

5. Pursuant to Local Rule 7.1, Counsel for the Parties discussed this issue and Counsel for the Defendants have consented to the relief sought herein.

**WHEREFORE**, the Plaintiffs respectfully requests that this Court grant the relief requested herein.

Respectfully submitted,

AKERMAN SENTERFITT

By:  *s/Daniel B. Rosenthal*
Kevin P. Mason, Esq.
Florida Bar No. 344915
kevin.mason@akerman.com
Daniel B. Rosenthal, Esq.
Florida Bar No. 711934
daniel.rosenthal@akerman.com
2424 North Federal Highway, Suite 410
Boca Raton, Florida 33431
Telephone: 561.862.4018
Facsimile: 561.368.4668

*Attorneys for the Plaintiffs, Counterclaim Defendants and Third Party Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 25, 2013, on all counsel or parties of record on the service list below.

*/s/  Daniel B. Rosenthal, Esq.*
Kevin P. Mason, Esq.
Fla. Bar No. 344915
Daniel Rosenthal, Esq.
Fla. Bar No. 711934

{26061251;2}

## SERVICE LIST

Jeffrey W. Gutchess, Esq.
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Ave
23rd Floor
Miami, Florida 33131
Telephone: 305.350.7311
Facsimile:  305.351.2131
Email:  jgutchess@bilzin.com

Allen P. Pegg, Esq.
Murai, Wald, Biondo & Moreno, P.A.
1200 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone:  305.444.0101
Facsimile:  305.444.0174
Email:  apegg@mwmb.com

Benjamin Wolkov, Esq.
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Telephone:  305.517.3968
Facsimile:  888.788.2341
Email:  BWolkov@monterowolkov.com

{26061251;2}